United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SERAJUL HAQUE,

        Plaintiff(s),

 vs.

TOYS R US,

        Defendant(s).
_____/

No C-04-0231 MHP

**ORDER DENYING PERMISSION TO FILE ELECTRONICALLY**

Plaintiff is subject to a pre-filing review order in this case which applies to **all** filings in this court because he has been declared a vexatious litigant and many of his previous actions were dismissed as frivolous. See In re cases filed by Serajul Haque, C-04-0231 MISC. MHP, Order filed January 24, 2005. He now seeks permission to file cases and documents electronically. It should be apparent from this court's earlier orders that plaintiff does not have permission to file anything, let alone file electronically. He has repeatedly abused the privileges of filing in this court. The Court is not about to let him do electronically that which he is not permitted to do otherwise.

Plaintiff is reminded that he is still subject to pre-filing review. Furthermore, his motion to file electronically is DENIED.

IT IS SO ORDERED.

Date: June 16, 2009

MARILYN HALL PATEL
United States District Court
Northern District of California